UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY
CASE NO.: 1:23-cv-21029-DPG

**CENTENNIAL BANK**, an Arkansas Banking Corporation, as successor by merger to STONEGATE BANK,

    Plaintiff,

vs.

**M/Y WATER JUMP II**, a 2015 70' Baia Motor Yacht, British Official No. 747681 along with her boats, engines, boilers, tackle, equipment, apparel, furnishings, freights, and appurtenances, etc., *in rem*, and **WATER JUMP LTD.**, a British Virgin Islands business company, **TORREY PINES STABLE FLORIDA CORP.**, a Florida corporation, and **ERIC A. LAMAZE**, an individual, *in personam*,

    Defendants.

_____/

**FINAL DEFAULT JUDGMENT
AGAINST TORREY PINES STABLE FLORIDA CORP. AND ERIC A. LAMAZE**

This CAUSE is before the Court on Plaintiff Centennial Bank's Motion for Final Default Judgment Against Torrey Pines Stable Florida Corp. and Eric A. Lamaze [ECF No. 43] (the "Motion"). The Court granted the Motion on February 27, 2024. [ECF No. 50]. Therefore, pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this judgment.

1

1. A final judgment on Count Three of Plaintiff's Complaint [ECF No. 1] is hereby entered in favor of Plaintiff Centennial Bank, 620 Chestnut Street, Conway, AR 72032, and against Defendant Torrey Pines Stable Florida Corp., whose last known address is 2675 Sheltingham Drive, Wellington, FL 33414 and last four digits of TIN is 1384.

2. A final judgment on Count Four of Plaintiff's Complaint [ECF No. 1] is hereby entered in favor of Plaintiff Centennial Bank, and against Defendant Eric A. Lamaze, whose last known address is 6899 Collins Ave, Unit 1505, Miami Beach, FL 33141 and last four digits of SSN is 3090.

3. Plaintiff Centennial Bank shall recover from Defendants Torrey Pines Stable Florida Corp. and Eric A. Lamaze, jointly and severally, the sum of $1,560,091.82, through and including October 20, 2023, plus interest at a per diem rate of $660.94 until the entry of this Judgment, plus attorneys' fees, costs and expenses to be awarded, plus costs to be taxed, and plus post-judgment interest that shall bear interest at the rate prescribed by 28 U.S.C. § 1961, until the Judgment is paid in full, **FOR WHICH SUM LET EXECUTION ISSUE**.

4. The Court finds that Plaintiff Centennial Bank is entitled to recover its attorneys' fees and costs from Defendants Torrey Pines Stable Florida Corp. and Eric A. Lamaze, and reserves jurisdiction to determine the amount of attorneys' fees and costs due to Plaintiff.

5. A Final Judgment on Count Five of Plaintiff's Complaint is hereby entered in favor of Plaintiff, Centennial Bank, 620 Chestnut Street, Conway, AR 72032, and against Defendant Torrey Pines Stable Florida Corp., whose last known address is 2675 Sheltingham Drive, Wellington, FL 33414 and last four digits of TIN is 1384, on the property set forth in the UCC-1 Financing Statement listing Centennial Bank as the secured party and Defendant Torrey

Pines Stable Florida Corp. as the Debtor, that was filed with the Florida Secured Transaction Registry on November 16, 2022 as Instrument Number 202203653297.

6. The case shall remain open and pending as to the remaining Defendant Water Jump Ltd.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 27th day of February, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE